ANDREW SOUKUP (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 778-5066
Email: asoukup@cov.com

MEGAN L. RODGERS (SBN 310344)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: + 1 (650) 632-4734
Facsimile: + 1 (650) 632-4834
Email: mrodgers@cov.com

LINDSEY BARNHART (SBN 294995)
COVINGTON & BURLING LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: +1 415-591-6000
Facsimile: +1 415-591-6091
Email: lbarnhart@cov.com

*Attorneys for Defendants Chase Bank USA, N.A.
and JPMorgan Chase Bank, N.A.,
erroneously sued as JPMorgan Chase Bank*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KRISTEN MUEHLENBERG,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANK,<br><br>　　Defendants. | Civil Case No.: 3:17-cv-00392-WHO<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON CHASE'S MOTION TO DISMISS**<br><br>Original Hearing Date: November 22, 2017<br>New Hearing Date: December 6, 2017 |

Plaintiff Kristen Muehlenberg ("Plaintiff") and defendants Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase Bank (collectively, "Chase") respectfully submit the following stipulation to continue the hearing date on Chase's motion to dismiss pursuant to Civil L.R. 7-7 and 6-1.

1. On October 2, 2017, Chase filed a motion to dismiss Plaintiff's second amended complaint and noticed a hearing date of November 15, 2017. Dkt. No. 41. Plaintiff filed an opposition brief on October 16, 2017, Dkt. No. 42, and Chase filed a reply brief on October 23, 2017, Dkt. No. 45.

2. On November 8, 2017, the Court ordered the parties to submit supplemental briefing on the issue of whether the Court may consider Plaintiff's credit reports when resolving the motion to dismiss. Dkt. No. 51. In that same order, the Court continued the hearing on the motion to dismiss to November 22, 2017. *Id.*

3. Chase's lead counsel has a conflict and is unable to attend the hearing on November 22, 2017. Declaration of Andrew Soukup in Support of Joint Stipulation and [Proposed] Order to Continue Hearing on Chase's Motion to Dismiss ¶ 4.

4. Pursuant to Civil L.R. 7-7 and 6-1, all parties agree that the hearing shall be continued until December 6, 2017 at 2:00 p.m., subject to the Court's availability.

5. The parties have not previously stipulated to continue the hearing date.

6. This stipulation will not alter the date of any other event or deadline already fixed by Court order.

IT IS SO STIPULATED.

November 9, 2017            COVINGTON & BURLING LLP

By: /s/ Megan L. Rodgers
    Megan L. Rodgers
    Andrew Soukup
    Lindsey Barnhart

*Attorneys for Defendants Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A., erroneously sued as JPMorgan Chase Bank*

November 9, 2017                                             SAGARIA LAW P.C.

                                                             By: /s/ Elliot W. Gale
                                                                 Elliot W. Gale

                                                             *Attorneys for Plaintiff Kristen Muehlenberg*

## ATTESTATION

I, Megan L. Rodgers, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 9, 2017                          By:    /s/ Megan L. Rodgers
                                                        Megan L. Rodgers

## [PROPOSED] ORDER

Pursuant to stipulation, and good cause having been shown, IT IS HEREBY ORDERED that the hearing on Chase's motion to dismiss Plaintiff's second amended complaint is continued to December 6, 2017 at 2:00 p.m.

Dated: November 13, 2017                         _____
                                                 Hon. William H. Orrick III
                                                 United States District Judge

2
**JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON CHASE'S MOTION TO DISMISS**
Case No. 3:17-cv-00392-WHO